KABATECK BROWN KELLNER LLP
Brian S. Kabateck, SBN 152054
 (bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
 (rlk@kbklawyers.com)
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

GERAGOS & GERAGOS, APC
Mark J. Geragos, SBN 108325
Shelley Kaufman, SBN 100696
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 625-1600
mark@geragos.com

SHERNOFF BIDART ECHEVERRIA LLP
William M. Shernoff, SBN 38856
Howard S. Shernoff, SBN 263556
600 S. Indian Hill Blvd.
Claremont, California 91711
Telephone: (909) 621-4935
Facsimile: (909) 447-2043

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| SYLVIA TIRAKIAN and BEDROS SARIAN, individually and on behalf of all others similarly situated,<br><br>        Plaintifs,<br>    vs.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>        Defendant. | **CASE NO.: CV10-2930 CAS (AGRx)**<br><br>**[PROPOSED] ORDER RE DISMISSAL**<br><br>Honorable Christina A. Snyder, United States District Judge<br><br>Action filed: April 20, 2010 |

[Proposed] ORDER

## [~~PROPOSED~~] ORDER

The Court, having considered the parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

The this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 24, 2014

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
United States District Court Judge